STATE OF NEW JERSEY v. BURNELL TAFT WICKS, JR.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH ZICARELLI.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES RAINEY

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. GLENN CARLOS.

May 2, 1973. Petition for certification denied.

ALBERT MARCHMAN v. COACH AND FOUR, INC.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE E. VADER, JR.

May 2, 1973. Petition for certification denied.